UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINO CAYABO, | 1: 05 CV 01256 OWW  WMW HC |
| Petitioner, | |
| | ORDER GRANTING PETITIONER'S MOTION TO DISMISS |
| v. | |
| | [Doc. 6] |
| JEANNE WOODFORD, | |
| Respondent. | |

   Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.

   On February 20, 2007, Petitioner filed a motion requesting dismissal of this action without prejudice. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, an action may be dismissed by a party without permission of the court at any time before an answer is served by the adverse party. The rule further provides that unless otherwise stated, such a dismissal is without prejudice, except that a second such voluntary dismissal operates as an adjudication on the merits. In this case, Respondent has not yet filed an answer. Accordingly, Petitioner's motion to dismiss is HEREBY GRANTED and this action is DISMISSED.

IT IS SO ORDERED.

**Dated:     March 7, 2007**             **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE